# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-mj-0502-PAL-PAL |
| vs. | ) | **ORDER** |
| ERIC JOHN BOWERS, | ) | |
| Defendant. | ) | |

Before this Court is the Order and Report of Findings and Recommendation of United States Magistrate Judge (#28, filed December 24, 2008), entered by the Honorable Peggy A. Leen, regarding the United States' Motion to Dismiss Without Prejudice (#27). No objection was filed to Magistrate Judge's Order and Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Order and Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

/ / / /

/ / / /

/ / / /

1     IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order and Report of
2 Findings and Recommendation (#28) is ACCEPTED and ADOPTED, and the United States'
3 Motion to Dismiss Without Prejudice (#27) is granted and the case is dismissed.
4     Dated:   January 12, 2009.

                                          _____
                                          **ROGER L. HUNT**
                                          **Chief U.S. District Judge**